IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE WHICHARD and VICKI DUNBAR,<br>        Plaintiffs,<br><br>v.<br><br>VALLEY FORGE CASINO RESORT and VALLEY FORGE CONVENTION CENTER PARTNERS, L.P.,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-3597 |

# O R D E R

**AND NOW**, this 8th day of February, 2024, the parties, through counsel, having agreed that it is appropriate to assign the case to mediation pursuant to the Court-Annexed Mediation Protocol Under Local Civil Rule 53.3, **IT IS ORDERED** as follows:

1. The case is **ASSIGNED** to mediation pursuant to Court-Annexed Mediation Protocol Under Local Civil Rule 53.3;

2. Pursuant to paragraph 11 of the Mediation Protocol, the ADR Coordinator, George Wylesol, shall designate a mediator from the Mediators' List to conduct the mediation in this case; and

3. The parties, through counsel, shall jointly report to the Court with respect to whether the case is settled within seven (7) days following the mediation.

                                                                **BY THE COURT:**

                                                                 **/s/ Hon. Kelley B. Hodge**

                                                                   **HODGE, KELLEY B., J.**