# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE WHICHARD and**<br>**VICKI DUNBAR,**<br>　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**VALLEY FORGE CASINO RESORT and**<br>**VALLEY FORGE CONVENTION**<br>**CENTER PARTNERS, L.P.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-3597** |

## O R D E R

**AND NOW,** this 18th day of April, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24) and Plaintiffs' response in opposition thereto (ECF No. 27), it is hereby **ORDERED** that the Motion is **DENIED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**