IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE WHICHARD and VICKI DUNBAR,**<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**VALLEY FORGE CASINO RESORT and VALLEY FORGE CONVENTION CENTER PARTNERS, L.P.,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-3597** |

# O R D E R

**AND NOW**, this 18th day of November, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
　　HODGE, KELLEY B., J.